FILED IN CLERK'S OFFICE
U.S.D.C. - ATLANTA

MAR 17 2006

LUTHER D. THOMAS, CLERK
By: _____
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CINGULAR WIRELESS LLC,

    Plaintiff,

vs.

JOHN DOE a/k/a "SAM STRROM" and "I KNOW TOO MUCH",

    Defendant.

Civil Action File
No. _____
1:06-CV-595-GET

## ORDER

This matter came before the Court upon Cingular Wireless LLC's Motion for Expedited Discovery. The Court, having reviewed Cingular's Motion, Memorandum of Facts and Law in support of that Motion and being otherwise fully advised in the premises, hereby ORDERS that Cingular's Motion for Expedited Discovery is GRANTED.

Cingular shall be permitted to conduct immediate, expedited discovery to identify and locate Defendant Doe, including, without limitation, the immediate service of subpoenas and any follow-up subpoenas necessary to identify and locate Defendant Doe. Cingular shall not be required to serve Defendant Doe with a Notice of Production from a Non-Party, or otherwise be required to provide Defendant Doe advance notice with respect to service of third-party subpoenas or

ATLANTA:4805482.2

B

with respect to follow-up subpoenas necessary to identify and locate Defendant Doe. In addition, AOL and all parties served with expedited discovery requests by Cingular shall respond to Cingular's expedited discovery requests within fourteen (14) days of service.

SO ORDERED this 12 day of March, 2006.

_____
Judge, United States District Court
Northern District of Georgia
Atlanta Division

**Submitted by:**

_____
David L. Balser
Georgia Bar No. 035835

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, Georgia 30308
404-527-4000

*Attorney for Plaintiff Cingular Wireless LLC*